**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Ms. Salas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ1952 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| SARA SIERRA, ) | |
| ) | |
| Defendant. ) | |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

       Respectfully submitted,

Dated: July 1, 2008       /s/ *STEPHEN D. DEMIK*
       Federal Defenders of San Diego, Inc.
       Attorneys for Defendant
       Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: July 1, 2008                                   /s/ STEPHEN D. DEMIK  
                                                          Federal Defenders of San Diego, Inc.  
                                                          225 Broadway, Suite 900  
                                                          San Diego, CA 92101-5030  
                                                          (619) 234-8467 (tel)  
                                                          (619) 687-2666 (fax)  
                                                          Stephen_Demik@fd.org (email)