# Minutes of the United States District Court
## Southern District of California
### July 8, 2008

| HON. __WILLIAM MCCURINE, JR.__ | DEPUTY CLERK: __ROI-ANN BRESSI__ |
|---|---|

| 08MJ1952 | U.S.A. | VS | SARA SIERRA (2)(B)(ENG) <br> VERENICE SIERRA-GARCIA (3)(C)(SPA) |
|---|---|---|---|
| MOTION HEARING | | | STEPHEN DEMIK, FD, APPTD (2) <br> KENNETH R. McMULLEN, APPTD (3) - N/A |
| | | | AUSA: HAROLD CHUN |

TAPE#WMC08-14:24-14:29

STEPHEN DEMIK, FD S/A FOR KENNETH McMULLEN

GOVT'S ORAL MOTION TO DISMISS COMPLAINT AS TO SARA SIERRA
AND VERENICE SIERRA-GARCIA - GRANTED
COURT ORDERS CASE DISMISSED
ABSTRACTS ISSUED TO USM

2 MIN